**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| **PETER TINKHAM et al.,** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| v. ) | No. 1:12-cv-00229-GZS |
| ) | |
| **LAURA PERRY et al.,** ) | |
| ) | |
| **Defendants** ) | |

**ORDER**

**RE:  MOTION FOR RETURN OF FILING FEE (ECF No. 109) & MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (ECF No. 110)**

Before the Court are two motions related to the payment of filing fees (ECF Nos. 109 & 110). Via Plaintiffs' Motion for Return of Appellate Fee (ECF No. 109), Plaintiffs seeks the return of the $455 appeal fee that they paid on November 13, 2012 in connection with their September 7, 2012 Notice of Appeal. Having reviewed the Motion and the related filings, the Motion is hereby DENIED for reasons stated in the Court's earlier Orders (ECF Nos. 56 & 58).

Via Plaintiffs' Motion for Leave to Proceed In Forma Pauperis (ECF No. 110), Plaintiffs ask that this Court excuse them from paying a filing fee in connection with their June 17, 2013 Notice of Appeal (ECF No. 98). The Court believes that Plaintiffs' June 17, 2013 Notice of Appeal is premature and improper given the lack of a final judgment. As a result, the Court concludes that the present appeal is not taken in good faith as required under 28 U.S.C. § 1915(a)(3) & F.R.A.P. 24(a)(2) & (4). The Court incorporates its Order Regarding Plaintiffs' June 17, 2013 Notice of Appeal (ECF No. 99) as a partial explanation of its reasons for concluding the June 17, 2013 Notice of Appeal is premature and not in good faith. For this reason, the Court DENIES the Motion for Leave to Proceed In Forma Pauperis (ECF No. 110). This denial is without prejudice to Plaintiffs filing a renewed request to proceed in forma pauperis once an appealable final judgment is entered. Any such request shall include an updated financial affidavit detailing Plaintiffs' current income and expenses.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 11th day of July, 2013.