UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **PETER TINKHAM et al.,** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| v. ) | No. 1:12-cv-00229-GZS |
| ) | |
| **LAURA PERRY et al.,** ) | |
| ) | |
| **Defendants** ) | |

ORDER TO SHOW CAUSE
RE:  FAILURE TO PAY COURT-ORDERED COSTS

On August 29, 2013, this Court entered its Order to Show Cause Regarding the Failure to Pay Court-Ordered Costs (ECF No. 122).  On September 11, 2013, the Clerk docketed Plaintiffs Response to this Order to Show Cause (ECF No. 123), along with proof that Plaintiffs has mailed this response by the Court-ordered deadline.  To the extent that Plaintiffs' Response can be read to include some objections to the Court's July 11, 2013 Order imposing sanctions totaling $266.80, the Court finds those objections to be belated and meritless.  To the extent that Plaintiffs' Response represents that they are willing to pay the court-ordered sanctions and failed to do so by the deadline because of ongoing settlement discussions, the Court will accept this representation as good cause for Plaintiffs' failure to pay the previously ordered sanctions prior to August 20, 2013 and hereby DISMISSES the August 29, 2013 Order to Show Cause.

However, the Court will RESERVE RULING with respect to any additional sanction for Plaintiffs' ongoing failure to pay the outstanding sanctions as required by the Court's June 21, 2013 Order to Show Cause (ECF No. 103) and the July 11, 2013 Order (ECF No. 112).  While Plaintiffs have provided the Court with a credit card number and asked that the Court charge any outstanding amounts to that card, the Court will not act as the escrow agent or payment agent for the amounts owed to Attorney Edward Dilworth ($171.80) and Attorney Wendell Large ($95). Rather, the Court hereby ORDERS that **no later than October 1, 2013**, Plaintiffs shall finalize an acceptable means of payment directly with both counsel.  To the extent that either attorney has not received payment of the ordered amounts by October 8, 2013, counsel shall file a notice

of nonpayment that notes whether Plaintiffs have made any attempt to provide payment pursuant to this Order. Upon filing of such a notice, the Court will likely dismiss this action based on Plaintiffs' repeated failure to comply with the Court's orders.

In an absence of any such notice of nonpayment, the Court hereby ORDERS that Defendants shall file their response to Plaintiffs' pending Motion for Summary Judgment (ECF No. 62) by October 16, 2013. Plaintiffs may file a reply in accordance with the fourteen-day deadline provided in the District of Maine Local Rules.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 17th day of September, 2013.